

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00949-CV

DR. SHAKEEL UDDIN Appellant

V.

LORETTA WORSHAM, Appellee

Appeal from the 333rd Judicial District Court of Harris County. (Tr. Ct. No. 2011-13002).

**TO THE 333RD JUDICIAL DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 23rd day of December, 2014, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on August 15, 2014. After due consideration, the Court **grants** the appellant's motion to dismiss the appeal and request that all costs be assessed against the party incurring the same. Accordingly, the Court **dismisses** the appeal.
>
> The Court **orders** that costs be taxed against the party incurring the same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 23, 2014.

Per curiam opinion delivered by panel consisting of Justices Keyes, Higley, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 27, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

